# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA ALICE LORCA VERAS** and **WALDERICO CLEMENCEU C. LORCA,**
Appellants,

v.

**CHRISTOPHER NELS OSHER,**
Appellee.

No. 4D18-0582

[October 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2014-CA-003155-XXXX-MB.

Romaine Brown of Law Office of Romaine Brown PA, Port Saint Lucie, for appellants.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER, DANIEL, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***